# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2235
_____

United States of America

*Plaintiff - Appellee*

v.

Christopher Williams

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: May 6, 2022
Filed: May 13, 2022
[Unpublished]
_____

Before SMITH, Chief Judge, BENTON and KOBES, Circuit Judges.
_____

PER CURIAM.

Christopher R. Williams pled guilty, without a plea agreement, to possessing a firearm as a felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The district court sentenced him to 190 months in prison pursuant to the Armed Career Criminal Act (ACCA). He appealed, among other things, the ACCA sentence, arguing he did not have at least three prior convictions for a serious drug offense, which were committed on different occasions. This court affirmed the ACCA

sentence. *See United States v. Williams*, 976 F.3d 781, 787 (8th Cir. 2020). Williams sought certiorari in the United States Supreme Court. The Supreme Court vacated the judgment of this court and remanded "for further consideration in light of *Wooden v. United States*." *Williams v. United States*, 142 S. Ct. 1439, 1439 (2022), *citing Wooden v. United States*, 142 S. Ct. 1063 (2022) (holding that the defendant's prior convictions for burglary were not offenses committed on different occasions within the meaning of the ACCA). Considering *Wooden v. United States*, this court remands to the district court for a new factual determination on the issue of whether Williams had three prior convictions committed on different occasions.

\* \* \* \* \* \* \* \*

The judgment of the district court is vacated, and the case remanded for further proceedings consistent with this opinion.

_____